**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 26, 2021**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

IN RE

Reginald J. Pearnell and
Marcus Owens Simms-Pearnell,

Debtors.

Case No.: 3-21-11948-CJF

Chapter 7

ORDER TERMINATING THE STAY

This matter having come on before this Court upon a notice and motion for relief from stay which was filed with this court on or about October 5, 2021;

It appearing from the affidavits of mailing filed with this court that those entitled to notice received notice of the application; and such notice required that any interested party wishing to object to said motion must have done so in writing no later than October 19 2021; and it appearing that no objection or request for hearing was timely filed with this court as required by the notice; and

This court being satisfied that the creditor, Wollemi Acqusitions, LLC, is entitled to relief from the automatic stay;

NOW THEREFORE IT IS HEREBY ORDERED as follows: The automatic stay in this matter as applies to the above-named creditor be and hereby is lifted.

###